# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN KEITH WASHINGTON,** <br> **Plaintiff,** <br> v. <br> **NANCY A. BERRYHILL, Acting Commissioner of Social Security** <br> **Defendant.** | NO. CV 16-2362-KS <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on June 12, 2017, IT IS ORDERED that fees in the amount of $3,141.79 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation. Further, pursuant to Plaintiff's notice to vacate his Petition for Attorney Fees (Dkt. No. 27), IT IS ORDERED that Plaintiff's Petition for Attorney Fees (Dkt. No. 24) is denied as moot.

DATED: June 30, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1